**COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,
Respondent.**

No. 12 EM 2013.

Supreme Court of Pennsylvania.

April 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

**Carl M. SMITH–BEY, Petitioner**

v.

**PHILADELPHIA CLERK OF
COURTS/PROTHONOTARY,
Respondent.**

No. 18 EM 2013.

Supreme Court of Pennsylvania.

April 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

**Rebecca CRAWLEY, Co–Administrator
of the Estate of Julia May Dizzley,
Deceased and Henry Perkins, Co–Administrator of the Estate of Julia May
Dizzley, Deceased, Petitioners**

v.

**CARE PAVILION, INC., Respondent.**

Supreme Court of Pennsylvania.

April 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the case is **REMANDED** to the court of common pleas for reconsideration in light of *Scampone v. Highland Park Care Ctr., LLC,* 57 A.3d 582 (Pa.2012). Petitioners' Application for Leave to File Post–Submission Communication is **DENIED** as moot.